DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICIA A. KAROUSSOS,**
Appellant,

v.

**PALM BEACH LIFTS, INC.** and **MARIA COLAFELLA,**
Appellees.

No. 4D2022-0680

[February 15, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502020CA000906XXXXMB.

Rebecca Mercier Vargas and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, West Palm Beach, and Scott B. Smith of Smith, Ball, Baez & Prather Florida Injury Lawyers, Palm Beach Gardens, for appellant.

David C. Borucke of Cole, Scott & Kissane, P.A., Tampa, for appellee Palm Beach Lifts, Inc.

No appearance for appellee Maria Colafella.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***